*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Michael Patrick Creedon | ) | Case No. 23−12202−pmm |
| | ) | |
| | ) | |
|    Regina Anne Creedon | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | Civil Case Number. −24−cv−2671 |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Patricia M. Mayer
Notice of appeal filing fee ☐ paid ☐ not paid

☑ Designation of Record on Appeal Filed *Transcript not part of Court record
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐ Report and recommendation entered by the Honorable Patricia M. Mayer
☑ Other See Opinion in Support of Order on Application for Compensation under Appeal

    Kindly acknowledge receipt on the copy of the letter provided.

Date: July 31, 2024                                                        For The Court

                                                                                           Timothy B. McGrath
                                                                                           Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____                        Signature: _____
Miscellaneous No. _____                  Date: _____
Assigned to Judge _____