*Form PL246* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Michael Patrick Creedon | Case No. 23−12202−pmm |
|    Regina Anne Creedon | Chapter: 13 |
|    Debtor(s). | Civil Case Number. 24−2671 |

## CERTIFICATE OF APPEAL FROM
## ORDER OF THE BANKRUPTCY JUDGE DATED June 10, 2024
## AND ENTERED ON THE DOCKET June 10, 2024

I, Timothy B. McGrath, Clerk of the United States Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed on June 15, 2024 and certify that the above proceeding was properly before the Honorable Bankruptcy Judge Patricia M. Mayer.

Date: July 30, 2024

For The Court

Timothy B. McGrath
Clerk of Court

Parties/Counsel of Record:
MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Appellant/ Counsel for Debtors

Michael Patrick Creedon
4 Saljon Ct
Maple Glen, PA 19002−3012
Debtor

Regina Anne Creedon
4 Saljon Ct
Maple Glen, PA 19002−3012
Joint Debtor

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street − Suite 1813
Philadelphia, PA 19107

**United States Trustee**
**Office of the United States Trustee**
**Robert NC Nix, Sr.**
**Federal Building**
**900 Market Street, Suite 320**
**Philadelphia, PA 19107**