## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Michael Patrick Creedon, et al. | No. 24-CV-2671-KSM<br>Civil Action |

## ORDER

**AND NOW**, this _____ day of October, 2024, upon consideration of the Motion to Dismiss Appeal filed by Appellant Michael I. Assad, with proper service and for good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This appeal is **DISMISSED**.

　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re: Michael Patrick Creedon, et al.

No. 24-CV-2671-KSM
Civil Action

## Motion to Dismiss Appeal

Appellant Michael I. Assad respectfully moves to dismiss this appeal pursuant to Fed. R. Bankr. P. 8023(b) and asks the Court to grant relief in the form of order attached.

Date: October 16, 2024

/s/ Michael I. Assad
Michael I. Assad
Appellant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Michael Patrick Creedon, et al. | No. 24-CV-2671-KSM<br>Civil Action |

## Certificate of Service

I certify that on this date I caused the Motion to Dismiss Appeal to be served on all parties registered to receive notices through the CM/ECF system in this case.

Date: October 16, 2024         /s/ Michael I. Assad
                               Michael I. Assad